JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETHEA SUNG-MILLER, an individual,<br><br>　　　　Plaintiff<br><br>　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public entity; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No: 2:20-cv-00768-AB-GJS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

　　Based on the parties' Stipulation for Dismissal with Prejudice, the Court **ORDERS**:

　1. All claims in this action are dismissed in their entirety with prejudice;

　2. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 8, 2022

　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT COURT JUDGE